# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No: 22-cr-61 (KMM) |
| | ) | Date: 12/14/22 |
| Larry Wallace Lindberg, | ) | Court Reporter: Lynne Krenz |
| | ) | Courthouse: St. Paul |
| Defendant. | ) | Courtroom: 3A |
| | ) | Time Commenced: 1:05 p.m. |
| | ) | Time Concluded: 1:47 p.m. |
| | | Time in Court: 42 Minutes |

Before Katherine M. Menendez, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:     Joseph H. Thompson
    For Defendant:  Thomas E. Brever    X Retained

Interpreter/Language:  n/a

☐ **Evidentiary Hearing** (only select if witness list filed)

X **Sentencing.**

X Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 24 months | | 2 years | | |

    Said terms to run  ☐ concurrently  ☐ consecutively

X Special conditions of :

See J&C for special conditions

X Defendant sentenced to pay:
    X Restitution in the amount of $6,058,980.00
    X Special assessment in the amount of $100 to be paid immediately.

X Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.

X Docket nos.:   **19, 24, 27, 28, 29, 31, 32** shall remain sealed until **ten years from the date judgment is entered**.

s/KAT<br>
Courtroom Deputy